The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## MONROE v. STATE.
### No. 20525.

Court of Criminal Appeals of Texas.

Nov. 1, 1939.

B. F. Patterson, of San Antonio, and Frank W. Steinle, of Jourdanton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for theft; punishment, confinement in the penitentiary for a term of three years.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.